UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER J. PARMER, et al., | : | No. C-1-02-877 |
| Plaintiffs, | : | |
| vs. | : | ORDER |
| VILLAGE OF GREENHILLS, et al., | : | |
| Defendants. | : | |

For cause shown, the current scheduling order is vacated and this case will proceed as follows:

(A) Any dispositive motions will be filed by December 5, 2003. Motions must be filed by this date, and any motions filed after this date may be subject to a motion to strike. Parties are referred to Local Rule 7.2, which restricts letters to the Court. Correspondence with the Court should be by motion, except as expressly permitted by the Rule.

(B) Discovery will be completed by January 2, 2004. All matters relating to discovery will be referred to the United States Magistrate Judge to whom the case has been assigned.

(C) A final pretrial conference has been tentatively scheduled for March 31, 2004, at 9:00 A.M.

(D) Trial has been tentatively scheduled for May 11, 2004, on an on-deck basis. On-deck trials will be released late Thursday afternoon the week before the scheduled trial date.

(E) This is expected to be a three-day jury trial.

(F) A status conference is tentatively scheduled for October 16, 2003, at 4:00 P.M.

SO ORDERED.

Dated: 9/3/03

S. Arthur Spiegel
United States Senior District Judge